UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
PATRICIA FINIGAN,                   )
                                    )
                Plaintiff,          )
                                    )
v.                                  )    C.A. No. 19-10712-NMG
                                    )
                                    )
ALEX AZAR, SECRETARY OF HEALTH and  )
HUMAN SERVICES                      )
                Defendant.          )
                                    )
_____ )
```

**ASSENTED-TO DEFENDANT'S MOTION FOR EXTENSION TO FILE ANSWER**

  Defendant, the Secretary of Health and Human Services, requests that the Court grant an extension until October 16, 2019, within which to file his Answer to the Complaint. The Complaint challenges Defendant's decision to deny Medicare reimbursement for disposable sensors that Plaintiff has used in connection with a "continuous glucose monitor" that she uses for initial monitoring of her diabetic condition. Defendant takes the position that his denial of coverage is supported by substantial evidence in the administrative record, pursuant to 42 U.S.C. § 403(g) (incorporated into the Medicare statute by 42 U.S.C. § 1395ff). Defendant is required to prepare and produce the formal administrative record in connection with preparing and filing his Answer. The undersigned has been informed that the formal administrative record will be prepared by September 27. Defendant requests an extension a short period of time beyond that to prepare his Answer.

  Counsel for Plaintiff assents to this extension, and the undersigned is unaware of any prejudice to Plaintiff or to the proceedings of the Court if this extension is granted.

                                        Respectfully submitted,

                                        ANDREW E. LELLING
                                        United States Attorney

By:    */s/ Anita Johnson*_____
          ANITA JOHNSON, BBO No. 565540
          Assistant United States Attorney
          United States Attorney's Office
          John Joseph Moakley U.S. Courthouse
          One Courthouse Way - Suite 9200
          Boston, MA 02210
          (617) 748-3266
          Anita.Johnson@usdoj.gov

CERTIFICATE OF SERVICE and RULE 7.1 CONFERENCE

I hereby certify that this document will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff electronically, on this 20th day of June, 2019, and that said counsel has assented to this motion.

                                        */s/ Anita Johnson*
                                        Assistant United States Attorney

      Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the defendant in the above-captioned matter.

                                        Respectfully submitted,

                                        ANDREW E. LELLING

United States Attorney

By: */s/ Anita Johnson*
ANITA JOHNSON, BBO No. 565540
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Dated: June 20, 2019                Anita.Johnson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 20, 2019                */s/ Anita Johnson*
ANITA JOHNSON
Assistant United States Attorney